UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN JONES,

                                                          JUDGMENT
                                                          19-CV-4805 (ENV) (RER)

                Plaintiff,

   v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendant.
-------------------------------------------------------------X

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on October 13, 2020, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated July 10, 2020, dismissing this case without prejudice as to plaintiff Brian Jones for failure to prosecute; it is

      ORDERED and ADJUDGED that this case is dismissed without prejudice as to plaintiff Brian Jones for failure to prosecute.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       October 14, 2020                                           Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk